# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 08-057 (TNM)** |
| v. | |
| **ANTONIO EZEQUIEL CARDENAS-GUILLEN, et al.,** | |
| **Defendants.** | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that D. Hunter Smith, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituted for Government counsel of record Tara Arndt, who can be terminated as Government counsel in this case.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:   */s/D. Hunter Smith*
D. Hunter Smith
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202 616-3528
Email: David.H.Smith@usdoj.gov

1

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was sent via ECF to the Defendants' counsel on record this 2nd day of May 2025.

                                                                         */s/ D. Hunter Smith*  
                                                                         D. Hunter Smith  
                                                                         Trial Attorney  
                                                                          Narcotic and Dangerous Drug Section  
                                                                          Criminal Division  
                                                                          U.S. Department of Justice